Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ernesto Jesus Robles

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ERNESTO JESUS ROBLES, | Case No.: 1:14-CV-00285-SMS |
| Plaintiff, | ORDER ON APPLICATION TO FILE A LATE BRIEF |
| vs. | |
| CAROLYN W. COLVIN, [1] Acting Commissioner of Social Security, | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1 | The Clerk is directed to file Plaintiff Ernesto Jesus Robles's late brief.  The
2 | Commissioner's time in which to oppose the brief is extended according to the
3 | schedule set forth in the Court's order.

4 | DATE:   12/11/2014          /s/ SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE